UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 JAN 22 P 12:54

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

GARINO HERNANDEZ-MEDINA,

           Defendant.

Case No. 20-CR
[8 U.S.C. § 1326(a)]

20-CR-011

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about November 8, 2019, in the State and Eastern District of Wisconsin,

**GARINO HERNANDEZ-MEDINA,**

an alien who had previously been deported and removed from the United States, was found in the United States, in Waukesha County, Wisconsin, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, for application for re-admission into the United States.

2. The defendant previously was ordered removed from the United States on or about July 2, 2009, and was physically removed to Mexico on or about July 3, 2009, and again on or about December 22, 2009.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

████████████

FOREPERSON
Dated: January 22, 2020

*Kelly B Mayfar*
fm MATTHEW D. KRUEGER
United States Attorney